NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FATE THERAPEUTICS, INC., WHITEHEAD INSTITUTE FOR BIOMEDICAL RESEARCH,**
*Plaintiffs-Appellants*

v.

**SHORELINE BIOSCIENCES, INC.,**
*Defendant-Cross-Appellant*

---

2024-1021, 24-1055

---

Appeal from the United States District Court for the Southern District of California in No. 3:22-cv-00676-H-MSB, Senior Judge Marilyn L. Huff.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    FATE THERAPEUTICS, INC. v. SHORELINE BIOSCIENCES, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

November 6, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** November 6, 2024